UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| NEVA COSTNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-CV-210-SNLJ |
| | ) | |
| DOLGENCORP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Plaintiff Neva Costner filed this personal injury lawsuit against defendant Dolgencorp, LLC, which does business as Dollar General. On June 19, 2018, defendant filed a motion to compel, seeking an order requiring plaintiff to respond to defendant's interrogatories. (#23) On June 21, the plaintiff responded with a certificate of service, certifying that the plaintiff had on that day served her responses on defendant. The defendant did not reply

Accordingly,

**IT IS HEREBY ORDERED** that defendant Dolgencorp's motion to compel (#23) is **DENIED** as moot.

**SO ORDERED** this 13th day of August, 2018.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE