**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| **NEVA COSTNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:17-CV-210-SNLJ** |
| | ) | |
| **DOLGENCORP, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MEMORANDUM AND ORDER

The Court awarded defendant its attorneys' fees for its counsel's preparation of an motion to compel plaintiff to appear for a complete deposition. (#32.) Defendant filed a motion seeking $255 in fees. Plaintiff did not respond to the motion or otherwise object to the amount of fees requested. The fees requested appear reasonable.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion for attorneys' fees is GRANTED and plaintiff shall pay to defendant's attorneys $255.00 by March 8, 2019.

So ordered this  22nd   day of February, 2019.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE