UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| NEVA COSTNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-CV-210-SNLJ |
| | ) | |
| DOLGENCORP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant's motion for sanctions (#52). This Court ordered plaintiff to pay defendant $255 in attorneys' fees by March 8, 2019 following the Court's granting of defendant's motion to compel plaintiff to appear at a deposition. Plaintiff has not paid defendant. Plaintiff responded to the motion for sanctions on the same day the motion was filed. She states that counsel sent a check to defense counsel that day, and that mere inadvertence and not purposeful conduct caused the delay. Defendant has not filed a reply.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Dolgencorp's motion for sanctions (#53) is **DENIED as moot.**

So ordered this __24th__ day of May, 2019.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE